## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 553 EAL 2018

Respondent :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

AXEL BARRETO, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.